Alice SHOCKEY, Plaintiff–Appellant,

v.

LABORATORY CORPORATION OF AMERICA, Defendant–Appellee.

No. 08–10676.

United States Court of Appeals, Fifth Circuit.

June 5, 2009.

Wilmer D. Masterson III, Kilgore & Kilgore, Dallas, TX, for Plaintiff–Appellant.

Richard M. Kobdish, Fulbright & Jaworski, Dallas, TX, for Defendant–Appellee.

Before SMITH, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

Alice Shockey sued for age discrimination after she was fired. The district court denied relief, concluding that Shockey had been terminated for poor performance.

We have read the briefs and pertinent parts of the record, have consulted the relevant caselaw, and have heard the arguments of counsel. We find no error, and certainly no clear error, in the district court's findings of fact or conclusions of

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

law. In summary, the court correctly found that the employer "terminated Plaintiff because it held a good faith belief that Plaintiff did not meet her quota[, and P]laintiff, in fact, did not meet her quota, or meet the expectations laid out in her Performance Improvement Plan."

The judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.